GUSTAV T. LAWRENCE, Appellant, *v.* THE GENERAL ACCIDENT ASSURANCE CORPORATION, LIMITED, OF PERTH, SCOTLAND, Respondent.

*Lawrence* v. *General Accident Assur. Corp.,* 124 App. Div. 545, affirmed.
(Submitted May 19, 1908; decided June 2, 1908.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial depart-

ment, entered March 23, 1908, which reversed an interlocutory judgment of the Municipal Court of the city of New York overruling a demurrer to the complaint and sustained such demurrer in an action to recover on a policy of indemnity insurance.

The following question was certified : " Does the complaint state facts sufficient to constitute a cause of action ? "

*Robert Godson* for appellant.

*Herrick C. Allen* and *Frank X. Sullivan* for respondent.

Order affirmed, with costs, on authority of *Cornell* v. *Travelers' Ins. Co.* (175 N. Y. 239); question certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.